UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Anthony N.,

Petitioner,

v.

**Markwayne Mullin**, Secretary, Department of Homeland Security;

**Todd Blanche**, Acting Attorney General;

**David Venturella**, Acting Director, Immigration and Customs Enforcement; and

**David Easterwood**, Acting Director, St. Paul Field Office Immigration and Customs Enforcement;

Respondents.

No. 0:26-cv-03017-KMM-DTS

**ORDER**

---

This matter is before the Court on the parties' joint stipulation requesting that Court dismiss this matter without prejudice.

Accordingly, based on the stipulation of the parties, IT IS HEREBY ORDERED that:

The Petition (ECF 1) is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 2, 2026

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge