# UNITED STATES DISTRICT COURT

## District of Minnesota

Anthony Nimpson,

Petitioner,

v.

Markwayne Mullin, Todd Blanche, David Venturella, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-3017 KMM/DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Petition (ECF 1) is dismissed without prejudice.

Date: 9/3/2026

KATE M. FOGARTY, CLERK